Daniel L. Rasmussen (SBN 120276)
dlr@paynefears.com
Scott O. Luskin (SBN 283082)
sol@paynefears.com
PAYNE & FEARS LLP
801 S. Figueroa Street, Suite 1150
Los Angeles, California 90017
Telephone: (213) 439-9911
Facsimile: (213) 439-9922

    and

Waldemar J. Pflepsen Jr. (*pro hac vice*)
wjp@jordenusa.com
Stephen J. Jorden (*pro hac vice*)
sj@jordenusa.com
Jason H. Gould (*pro hac vice*)
jhg@jordenusa.com
Brian P. Perryman (*pro hac vice*)
bpp@jordenusa.com
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104

*Attorneys for Defendant*
*PHL Variable Insurance Company*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a national association, as securities intermediary for LIMA ACQUISITION LP,<br><br>              Plaintiff,<br>   v.<br><br>PHL VARIABLE INSURANCE COMPANY, a Connecticut corporation,<br><br>              Defendant. | Case No. CV 11-09517 (ODW) (RZx)<br><br>**DECLARATION OF WALDEMAR J. PFLEPSEN JR. IN SUPPORT OF DEFENDANT PHL VARIABLE INSURANCE COMPANY'S MOTION FOR TRANSFER PURSUANT TO 28 U.S.C. § 1404**<br><br>Hearing Date: August 27, 2012<br>Time: 1:30 p.m.<br>Location: Courtroom 11<br>Judge: Hon. Otis D. Wright II |

**DECLARATION OF WALDEMAR J. PFLEPSEN JR.**

I, Waldemar J. Pflepsen Jr., hereby declare and state as follows:

1. I am a member of the District of Columbia and Michigan bars, and am a partner in the law firm of Jorden Burt LLP.

2. I am one of the *pro hac* counsel representing defendant PHL Variable Insurance Company ("Phoenix") in the above-captioned lawsuit.

3. I submit this Declaration in support of Phoenix's Motion for Transfer Pursuant to 28 U.S.C. § 1404. I have personal knowledge of the facts set forth below and, if called upon to do so, could testify competently thereto.

4. Attached to this Declaration as Exhibit 1 is a true, correct, and authentic copy of the Irish Stock Exchange "Listing Particulars" document applicable to Lima LS plc dated December 21, 2010, which is publicly available on the internet as of the date of this Declaration at the following URL:
http://www.ise.ie/debt_documents/ListingParticulars_ee9e09f3-3600-48f4-af42-526b9736ce8c.PDF.

5. Attached to this Declaration as Exhibit 2 is a true, correct, and authentic copy of Irish Stock Exchange "Listing Particulars" document applicable to Lima LS plc dated August 12, 2011, which is publicly available on the internet as of the date of this Declaration at the following URL:
http://www.ise.ie/debt_documents/ListingParticulars_501e5b69-c72e-41cb-8ac7-9e0338e5653e.PDF.

6. Attached to this Declaration as Exhibit 3 is a true, correct, and authentic copy of the electronic docket in *Fleisher v. Phoenix Life Insurance Company*, No. 11 Civ. 8405 (CM) (S.D.N.Y. filed Nov. 18, 2011) ("*Fleisher*"), which is current as of the date indicated.

7. Attached to this Declaration as Exhibit 4 is a true, correct, and authentic copy of the operative (as of the date of this Declaration) complaint in *Fleisher*, without exhibits.

8. Attached to this Declaration as Exhibit 5 is a true, correct, and authentic copy of the *Fleisher* Court's May 2, 2012 memorandum opinion and order granting Phoenix Life Insurance Company's motion for partial dismissal.

9. Attached to this Declaration as Exhibit 6 is a true, correct, and authentic copy of the electronic docket in *Tiger Capital, LLC v. PHL Variable Insurance Company*, No. 12 Civ. 2939 (CM) (S.D.N.Y. filed Mar. 14, 2012) ("*Tiger Capital*"), which is current as of the date indicated.

10. Attached to this Declaration as Exhibit 7 is a true, correct, and authentic copy of the operative (as of the date of this Declaration) complaint in *Tiger Capital*, without exhibits.

11. Attached to this Declaration as Exhibit 8 is a true, correct, and authentic copy of the scheduling order entered by the *Tiger Capital* Court on May 24, 2012.

12. Attached to this Declaration as Exhibit 9 is a true, correct, and authentic copy of the document entitled, "Federal Judicial Caseload Statistics Table C-5 (Mar. 31, 2011)," which, as of the date of this Declaration, is publicly available on the Administrative Office of the U.S. Courts website at the following URL: http://www.uscourts.gov/Viewer.aspx?doc=/uscourts/Statistics/FederalJudicialCaseloadStatistics/2011/tables/C05Mar11.pdf.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  July 23, 2012                                   /s/ Waldemar J. Pflepsen Jr.
                                                        Waldemar J. Pflepsen Jr.

252366

4819-1972-8144.2